JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY E. HERRON,<br><br>                    Plaintiff,<br><br>          v.<br><br>COVENANT TRANSPORT, INC.,<br>et al.,<br><br>                    Defendants. | Case No.  CV 18-2155-GW(PLAx)<br><br>**ORDER TO DISMISS WITH<br>PREJUDICE** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

    IT IS SO ORDERED.


Dated: January 30, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE